UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE METROPOLITAN
NEW YORK, and the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,

       Petitioners,        21 **CIVIL** 7873 (ER)

 -against-             **JUDGMENT**

CONCRETE INDUSTRIES ONE CORP.,

       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 1, 2021, the petition is granted, and the arbitration award is confirmed. Judgment is entered in favor of Petitioners in the amount of $193,747.34, plus interest from the date of the Award, April 17, 2021, through the date of judgment, with interest to accrue at the annual rate of 5.25%, in the amount of $5,545.69. Respondent is also ordered to pay Petitioners $765 in attorneys' fees and $77 in costs arising from this petition. This judgment shall accrue post-judgment interest pursuant to § 1961; accordingly, the case is closed.

**Dated:** New York, New York
    November 2, 2021

                    **RUBY J. KRAJICK**
                    **Clerk of Court**
           BY:
                    **Deputy Clerk**